IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-717-FDW-DCK

| | |
|---|---|
| OTTO INDUSTRIES NORTH AMERICA, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE PHOENIX INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Louis A. Bledsoe, II concerning Robert C. Deegan on November 12, 2012. Mr. Deegan seeks to appear as counsel *pro hac vice* for Plaintiff Otto Industries North America, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED**.

Signed: November 13, 2012

David C. Keesler
United States Magistrate Judge