**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:12-CV-717-FDW-DCK**

| | |
|---|---|
| **OTTO INDUSTRIES NORTH AMERICA, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **THE PHOENIX INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) filed by Jon Berkelhammer, concerning Thomas S. Gozdziak on January 23, 2013.  Mr. Gozdziak seeks to appear as counsel *pro hac vice* for the Defendant.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 15) is **GRANTED.**  Mr. Gozdziak is hereby admitted *pro hac vice* to represent the Defendant.

Signed: January 23, 2013

David C. Keesler
United States Magistrate Judge