# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-717-FDW-DCK

| | |
|---|---|
| OTTO INDUSTRIES NORTH AMERICA, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| THE PHOENIX INSURANCE COMPANY, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 16) filed by Jon Berkelhammer, concerning James M. Hoey on January 23, 2013. Mr. James M. Hoey seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 16) is **GRANTED.** Mr. James M. Hoey is hereby admitted *pro hac vice* to represent Defendant.

Signed: January 23, 2013

David C. Keesler
United States Magistrate Judge