IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-717-FDW-DCK

| | |
|---|---|
| OTTO INDUSTRIES NORTH AMERICA, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| THE PHOENIX INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 32) filed by Brian L. Church, concerning Kevin B. Dreher on July 26, 2013. Mr. Kevin B. Dreher seeks to appear as counsel *pro hac vice* for Plaintiff Otto Industries North America, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 32) is **GRANTED.** Mr. Kevin B. Dreher is hereby admitted *pro hac vice* to represent Plaintiff Otto Industries North America, Inc.

Signed: July 26, 2013

David C. Keesler
United States Magistrate Judge