IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-717-FDW-DCK

| | |
|---|---|
| OTTO INDUSTRIES NORTH AMERICA, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE PHOENIX INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 34) filed by Jon Berkelhammer, concerning Margaret Hupp Fahey on August 5, 2013. Ms. Margaret Hupp Fahey seeks to appear as counsel *pro hac vice* for Defendant The Phoenix Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 34) is **GRANTED.** Ms. Margaret Hupp Fahey is hereby admitted *pro hac vice* to represent Defendant The Phoenix Insurance Company.

Signed: August 5, 2013

David C. Keesler
United States Magistrate Judge