IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-717-FDW-DCK

| | | |
|---|---|---|
| OTTO INDUSTRIES NORTH AMERICA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| THE PHOENIX INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 35) filed by Jon Berkelhammer, concerning Allison K. Ferrini on August 5, 2013. Ms. Allison K. Ferrini seeks to appear as counsel *pro hac vice* for Defendant The Phoenix Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 35) is **GRANTED.** Ms. Allison K. Ferrini is hereby admitted *pro hac vice* to represent Defendant The Phoenix Insurance Company.

Signed: August 5, 2013

David C. Keesler
United States Magistrate Judge