IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-717-FDW-DCK

| | |
|---|---|
| OTTO INDUSTRIES NORTH AMERICA, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| THE PHOENIX INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 94) notifying the Court that the parties reached a settlement on November 5, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **December 5, 2013**.

Signed: November 5, 2013

David C. Keesler
United States Magistrate Judge